# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **STATE FARM MUTUAL AUTOMOBILE, INSURANCE COMPANY a/s/o EVELYN HARRISON AND ROBERT HARRISON,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **UNITED STATES OF AMERICA,** | CASE NO: 17-1059-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order of Dismissal With Prejudice entered on March 19, 2018, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 3/19/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk